**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>Defendant. | Case No. 1:26-cv-00341 |

# CERTIFICATE OF SERVICE

MANISHA M. SHETH, an attorney admitted to practice before this Court, certifies under penalty of perjury, that on January 14, 2026, a copy of the Notice of Removal with Exhibit A, Exhibit B, Exhibit C, Exhibit D, and Exhibit E, filed by Defendant United Parcel Service, Inc. in the above-captioned action, was sent to the following counsel for Plaintiff by electronic mail:

Karen Cacace, *Chief of Labor Bureau*
Young Lee, *Deputy Chief of Labor Bureau*
Fiona Kaye, *Civil Enforcement Section Chief*
Jessica Agarwal, *Assistant Attorney General*
Anastasia Eriksson, *Assistant Attorney General*
Julio Sharp-Wasserman, *Assistant Attorney General*

Office of the Attorney General of the State of New York
Bureau of Labor
28 Liberty Street, 20th Floor
New York, New York 10005
Karen.Cacace@ag.ny.gov
Young.Lee@ag.ny.gov
Fiona.Kaye@ag.ny.gov
Anastasia.Eriksson@ag.ny.gov
Jessica.Agarwal@ag.ny.gov
Julio.Sharp-Wasserman@ag.ny.gov

In an e-mail transmitted on January 14, 2021, the above-listed counsel for Plaintiff agreed to accept electronic service of the Notice of Removal.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: New York, New York
January 16, 2026

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: /s/ Manisha M. Sheth

Manisha M. Sheth
295 5th Avenue
New York, New York 10016
(212) 849-7000
manishasheth@quinnemanuel.com

*Counsel for United Parcel Service, Inc.*