**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7441**

WRITER'S EMAIL ADDRESS
**manishasheth@quinnemanuel.com**

January 26, 2026

**By ECF**
The Honorable Vernon S. Broderick
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re:     *People of the State of New York v. United Parcel Service, Inc.,* Case No. 1:26-cv-00341-VSB

Dear Judge Broderick:

        We write on behalf of Defendant United Parcel Service, Inc. ("UPS") in accordance with Rule 1.H of Your Honor's Individual Rules and Practices in Civil Cases to respectfully request an extension of time from the existing January 30, 2026 deadline to February 13, 2026 to file a responsive pleading.  Plaintiff opposes UPS's request and agrees to only a one-week extension until February 6, 2026 on the basis that its "proposed briefing schedule is very reasonable."

        By way of background, on January 14, 2026, UPS removed this action from New York State Supreme Court, County of New York.  ECF No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(2)(C), UPS's time to answer or otherwise respond to the Complaint, in the absence of a stipulation setting a different schedule, would have been January 22, 2026.  Before removal, the parties stipulated that any responsive pleading by UPS would be due on January 30, 2026.

        This case was initially assigned to Judge Analisa Torres.  On January 16, 2026, UPS filed a letter motion to extend the time to initiate the pre-motion letter exchange described in Rule III.B of Judge Torres's Individual Practices.  ECF No. 5.  On January 17, 2026, this case was reassigned to Your Honor.  This Court granted UPS's letter motion and extended UPS's time to file a responsive pleading to January 30, 2026, noting that a pre-motion letter is not required under its Rules and Practices.  ECF No. 8.

        Good cause exists for a brief two-week extension of the existing January 30, 2026 deadline for several reasons.  <u>First</u>, it was not until January 21, 2026 that the parties finalized and executed a stipulation documenting the OAG's conditional agreement not to seek remand.  This stipulation confirms that UPS would file its responsive pleading in federal district court, whereas if Plaintiff filed a motion to remand, there would be an open question of which court had jurisdiction over this action.

**quinn emanuel urquhart & sullivan, llp**

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

Second, as a result of this case getting reassigned to Your Honor on January 17, UPS has only 13 days to file any responsive pleading.  When UPS filed its first letter motion on January 16, this case was assigned to Judge Torres.  Under Judge Torres's Individual Practices, there is a two-step pre-motion letter exchange required for motions to dismiss, and the filing of the pre-motion letter with the Court stays the defendant's time to answer or move to dismiss until further order of the Court.  In contrast, Your Honor's Individual Rules and Practices do not require pre-motion letters or conferences (except for discovery disputes), and thus, UPS's motion to dismiss is due sooner than UPS originally expected when it filed its first letter motion with Judge Torres.

For the reasons above, UPS respectfully requests a brief two-week extension to February 13, 2026 to file its responsive pleading.  This modest extension is only one week more than the Plaintiff has agreed to, and would allow UPS sufficient time to properly brief the applicable issues without resulting in any prejudice to the OAG.  To the extent the Court grants UPS's request, UPS proposes that the OAG files an opposition to UPS's motion to dismiss on March 13, 2026, and that UPS files a reply on April 3, 2026.  This is UPS's second request for an extension of the time to file a responsive pleading before this Court.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*Manisha Sheth*

Manisha M. Sheth

This Court grants Defendant's 2-week extension request. It is hereby ORDERED that:
- Defendant shall respond to Plaintiff's Complaint by February 13, 2026
- Plaintiff shall file its opposition by March 20, 2026
- Defendant shall file its reply by April 3, 2026.

APPLICATION GRANTED
SO ORDERED *Vernon Broderick*
VERNON S. BRODERICK
U.S.D.J.

Date: January 27, 2026