**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK by LETITIA JAMES, Attorney General of the State of New York, | Case No. 1:26-cv-00341-VSB |
| Plaintiff, | |
| v. | **NOTICE OF MOTION TO DISMISS** |
| UNITED PARCEL SERVICE, INC., | **ORAL ARGUMENT REQUESTED** |
| Defendant. | |

**PLEASE TAKE NOTICE**, that that upon the annexed Memorandum of Law in Support of Defendant United Parcel Service, Inc.'s Motion to Dismiss, dated February 13, 2026, the Declaration of Manisha M. Sheth in Support of Defendant United Parcel Service, Inc.'s Motion to Dismiss dated February 13, 2026, the three exhibits attached thereto, and all prior pleadings and proceedings herein, Defendant United Parcel Service, Inc., by its undersigned counsel, Quinn Emanuel Urquhart & Sullivan LLP, will move this Court, before the Honorable Vernon S. Broderick, United States District Judge, at the United States Courthouse, at 40 Foley Square, New York, New York 10007, at a date and time determined by the Court for an Order dismissing Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim, and for such other and further relief the Court deems just and proper.

Respectfully submitted,

Dated: New York, New York
       February 13, 2026

**QUINN EMANUEL URQUHART
& SULLIVAN LLP**

By:     */s/ Manisha M. Sheth*

Manisha M. Sheth
Adam M. Abensohn
Wing F. (Alex) Ng
David E. Chardack
295 Fifth Avenue
New York, NY 10010
(212) 849-7000
Email: manishasheth@quinnemanuel.com
       adamabensohn@quinnemanuel.com
       alexng@quinnemanuel.com
       davidchardack@quinnemanuel.com

*Attorneys for Defendant
United Parcel Service, Inc.*