

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

March 3, 2026

***Via ECF***

The Honorable Vernon S. Broderick
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007
BroderickNYSDChambers@nysd.uscourts.gov

**Re:**   ***People of the State of New York v. United Parcel Service, Inc.*, Case No. 1:26-cv-00341**

Dear Judge Broderick:

I write on behalf of Plaintiff People of the State of New York by Letitia James, Attorney General of the State of New York ("Plaintiff") pursuant to Federal Rule of Civil Procedure 15(a) and Rule 1.H. of the Court's Individual Rules & Practices in Civil Cases to respectfully request an extension of time to file an amended complaint.

Defendant United Parcel Service, Inc. ("Defendant") filed a motion to dismiss Plaintiff's Complaint on February 13, 2026. Dkt #19. Under Rule 15(a), Plaintiff has until March 6, 2026, to amend its complaint as a matter of course. By the Court's ordered briefing schedule, Plaintiff has until March 20, 2026 to respond to Defendant's motion to dismiss. Plaintiff requests an extension of time to file its amended complaint from March 6, 2026, to March 20, 2026. Plaintiff has not previously requested an extension of time to amend its Complaint. Defendant consents to Plaintiff's request.

Plaintiff has good cause to request an extension of time to file the amended complaint. Plaintiff originally filed the Complaint in New York state court, which has different pleading requirements than federal courts.

Further, the parties have met and conferred and propose the following schedule. Plaintiff files an amended complaint on March 20, 2026. Defendant responds to Plaintiff's amended complaint on May 1. Plaintiff files its opposition to Defendant's response on June 15. Defendant files its reply on June 29.  Defendant's answer is due 30 days after a decision on the motion to dismiss, if any portion of the complaint remains.

We appreciate the Court's courtesies in this matter.

Judge Broderick
March 3, 2026
Page 2

Respectfully,

*/s/*Fiona J. Kaye
Fiona J. Kaye
Section Chief
(212) 416-8036
fiona.kaye@ag.ny.gov

*Attorney for the State of New York*

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.    3/4/2026

Due to Plaintiff's anticipated filing of an amended complaint and the parties' proposed briefing schedule, Defendant's motion to dismiss, filed on February 13, 2026, (Doc. 19), is denied as moot. Defendant is directed to file a response to Plaintiff's amended complaint pursuant to the briefing schedule outlined here. The Clerk of Court is respectfully directed to terminate the motion at Document 19.