**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK by LETITIA JAMES, Attorney General of the State of New York, | Case No.: 1:26-cv-00341-VSB |
| Plaintiff, | **ORAL ARGUMENT REQUESTED** |
| -against- | |
| UNITED PARCEL SERVICE, INC., | |
| Defendant. | |

**DECLARATION OF MANISHA M. SHETH IN SUPPORT OF**
**DEFENDANT UNITED PARCEL SERVICE, INC.'S MOTION TO DISMISS**

I, Manisha M. Sheth, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a member in good standing of the Bar of this Court and a partner at Quinn Emanuel Urquhart & Sullivan LLP, and counsel of record for United Parcel Service, Inc. ("UPS") in this action.

2.      I submit this declaration in support of UPS's Motion to Dismiss Plaintiff's First Amended Complaint.  I am familiar with the matters set forth in this declaration based on my personal knowledge and/or a review of the files in the possession of my firm.

3.      Attached as **Exhibit 1** is a true and correct copy of the National Master United Parcel Service Agreement ("2023 Master CBA"), between UPS and the Teamsters, for the period from August 1, 2023, through July 31, 2028.

4.      Attached as **Exhibit 2** is a true and correct copy of the 2023 Local 804 and United Parcel Service Supplemental Agreement ("2023 Local 804 CBA"), between UPS and the Teamsters Local Union No. 804, for the period from August 1, 2023, through July 31, 2028.

1

5.      Attached as **Exhibit 3** is a true and correct copy of the 2023 Upstate & West New York and United Parcel Service Rider ("2023 Upstate/West CBA"), between UPS and the Teamsters Local Union Nos. 118, 264, 294, 317, 449, 687, for the period from August 1, 2023, through July 31, 2028.

6.      Attached as **Exhibit 4** is a true and correct copy of the National Master United Parcel Service Agreement ("Master CBA"), between UPS and the Teamsters, for the period from August 1, 2018, through July 31, 2023.

7.      Attached as **Exhibit 5** is a true and correct copy of the Local 804 and United Parcel Service Supplemental Agreement ("Local 804 CBA"), between UPS and the Teamsters Local Union No. 804, for the period from August 1, 2018, through July 31, 2023.

8.      Attached as **Exhibit 6** is a true and correct copy of the Upstate & West New York and United Parcel Service Rider ("Upstate/West CBA"), between UPS and the Teamsters Local Union Nos. 118, 264, 294, 317, 449, 529, 687, for the period from August 1, 2018, through July 31, 2023.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 1, 2026, in New York, New York.

/s/ Manisha M. Sheth
Manisha M. Sheth

2